IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**DANIEL GARCIA-GARCES,**<br><br>Defendant | NO. 5: 06-CR-74 (WDO)<br><br>**BEFORE THE U. S. MAGISTRATE JUDGE**<br><br>**VIOLATION(S): Drug Related** |

# ORDER AND BENCH WARRANT

Defendant **DANIEL GARCIA-GARCES** having been heretofore directed to appear before this court for arraignment in the above-captioned criminal proceeding; and,

Said defendant having this day **FAILED TO APPEAR** as specifically directed;

ACCORDINGLY, IT IS HEREBY ORDERED AND DIRECTED that the United States Marshal, her authorized representative, or any authorized law enforcement officer immediately arrest the said **DANIEL GARCIA-GARCES** and bring him before this court for proceedings in accordance with the Bail Reform Act of 1984.

SO ORDERED AND DIRECTED, this 18th day of SEPTEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE